# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

In re: NEW ENGLAND LAND AND LUMBER CORPORA §    Case No. 14-30687
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Steven Weiss, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,795,200.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $200,345.14 | Claims Discharged Without Payment: $1,263,299.12 |
| Total Expenses of Administration: $323,759.88 | |

    3) Total gross receipts of $ 524,105.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $524,105.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,300,645.16 | $550,644.93 | $158,261.21 | $158,261.21 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 258,859.63 | 258,859.63 | 258,859.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 64,900.25 | 64,900.25 | 64,900.25 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 253,204.14 | 1,261,881.19 | 1,178,278.91 | 42,083.93 |
| **TOTAL DISBURSEMENTS** | $2,553,849.30 | $2,136,286.00 | $1,660,300.00 | $524,105.02 |

4) This case was originally filed under Chapter 7 on July 07, 2014. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2020          By: /s/Steven Weiss
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit for 6.41 acre parcel | 1180-002 | 5,000.00 |
| Deposit for sale of real estate in Sturbridge, H | 1180-002 | 5,000.00 |
| Refund of Deposit | 1180-000 | -5,000.00 |
| Return of Deposit | 1180-000 | -5,000.00 |
| Approximately 13.28 acres of commercial/resident | 1110-000 | 90,000.00 |
| O'Bar Stock | 1129-000 | 12,500.00 |
| Excavation Contract | 1122-000 | 216,365.19 |
| Country Bank DIP Account | 1290-000 | 239.83 |
| 6.41 Acres of Unencumbered land | 1110-000 | 205,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$524,105.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Katahdin Trust Company | 4110-000 | 25,000.00 | 25,000.00 | 0.00 | 0.00 |
| 4 -2 | Town of Sturbridge | 4700-000 | N/A | 78,522.91 | 0.00 | 0.00 |
| 9S-2 | Richard Pisarski | 4110-000 | 265,645.16 | 50,000.00 | 0.00 | 0.00 |
| 10S-2 | Transportation Alliance Bank | 4110-000 | 2,010,000.00 | 99,481.54 | 93,000.00 | 93,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 -2 | Windham Materials, LLC | 4110-000 | N/A | 75,990.94 | 0.00 | 0.00 |
| 15 | Webster Federal Credit Union | 4110-000 | N/A | 143,879.52 | 0.00 | 0.00 |
| 16 | Webster Federal Credit Union | 4110-000 | N/A | 12,508.81 | 0.00 | 0.00 |
| ADM | Town of Sturbridge | 4700-000 | N/A | 15,261.21 | 15,261.21 | 15,261.21 |
| SECURED | TD Bank, N.A. | 4110-000 | unknown | 50,000.00 | 50,000.00 | 50,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,300,645.16** | **$550,644.93** | **$158,261.21** | **$158,261.21** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - U.S. Trustee Payment Center | 2950-000 | N/A | 1,627.02 | 1,627.02 | 1,627.02 |
| Other - SHATZ SCHWARTZ & FENTIN, P.C. | 2500-000 | N/A | 1,634.80 | 1,634.80 | 1,634.80 |
| Clerk of the Court Costs (includes adversary and other filing fees) - UNITED | 2700-000 | N/A | 11.00 | 11.00 | 11.00 |
| Other - MP Group | 3410-000 | N/A | 1,066.00 | 1,066.00 | 1,066.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - UNITED | 2700-000 | N/A | 33.00 | 33.00 | 33.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 57.19 | 57.19 | 57.19 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 100.90 | 100.90 | 100.90 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 133.78 | 133.78 | 133.78 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 18.45 | 18.45 | 18.45 |
| Other - Lamson and Goodnow | 2690-000 | N/A | 360.00 | 360.00 | 360.00 |
| Other - Tax Collector Town of Union | 2820-000 | N/A | 2,715.16 | 2,715.16 | 2,715.16 |
| Other - MDOR | 2820-000 | N/A | 456.00 | 456.00 | 456.00 |
| Other - MDOR | 2820-000 | N/A | 456.00 | 456.00 | 456.00 |
| Other - MDOR | 2820-000 | N/A | 456.00 | 456.00 | 456.00 |
| Other - Tax Collector Town of Union | 2820-000 | N/A | 1,836.22 | 1,836.22 | 1,836.22 |
| Other - MDOR | 2820-000 | N/A | 456.00 | 456.00 | 456.00 |
| Trustee Expenses - Steven Weiss | 2200-000 | N/A | 504.21 | 504.21 | 504.21 |
| Trustee Compensation - Steven Weiss | 2100-000 | N/A | 28,955.25 | 28,955.25 | 28,955.25 |
| Other - Town of Sturbridge | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - UNITED | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - UNITED | 2700-000 | N/A | 11.00 | 11.00 | 11.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - UNITED | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - UNITED | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Town of Union | 2990-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other - Town of Holland | 2990-000 | N/A | 120.00 | 120.00 | 120.00 |
| Other - Town of Sturbridge | 2990-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - McClure Engingeering, Inc. | 2990-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Attorney for Trustee Fees (Trustee Firm) - SHATZ SCHWARTZ & FENTIN, P.C. | 3110-000 | N/A | 132,303.00 | 132,303.00 | 132,303.00 |
| Attorney for Trustee Fees (Trustee Firm) - SHATZ SCHWARTZ & FENTIN, P.C. | 3110-000 | N/A | 38,656.00 | 38,656.00 | 38,656.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SHATZ SCHWARTZ & FENTIN, P.C. | 3120-000 | N/A | 108.10 | 108.10 | 108.10 |
| Other - MP Group | 3410-000 | N/A | 1,418.00 | 1,418.00 | 1,418.00 |
| Other - MP Group | 3410-000 | N/A | 1,263.00 | 1,263.00 | 1,263.00 |
| Other - MORIARTY & PRIMACK | 3410-000 | N/A | 926.00 | 926.00 | 926.00 |
| Other - Marc Kadis | 2990-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.24 | 11.24 | 11.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.09 | 24.09 | 24.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.62 | 34.62 | 34.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.38 | 65.38 | 65.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.79 | 69.79 | 69.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 95.17 | 95.17 | 95.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.97 | 98.97 | 98.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 108.82 | 108.82 | 108.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 131.11 | 131.11 | 131.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 131.70 | 131.70 | 131.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 146.74 | 146.74 | 146.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 142.94 | 142.94 | 142.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 172.22 | 172.22 | 172.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.52 | 166.52 | 166.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 216.51 | 216.51 | 216.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 205.92 | 205.92 | 205.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 204.71 | 204.71 | 204.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 245.88 | 245.88 | 245.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 228.29 | 228.29 | 228.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 265.67 | 265.67 | 265.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 256.22 | 256.22 | 256.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 256.49 | 256.49 | 256.49 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 301.97 | 301.97 | 301.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 266.25 | 266.25 | 266.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 288.25 | 288.25 | 288.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 283.08 | 283.08 | 283.08 |
| Other - Hampden County Registry of Deeds | 2500-000 | N/A | 1,541.28 | 1,541.28 | 1,541.28 |
| Other - Hampden County Registry of Deeds | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Gary Weiner, Esquire | 3991-120 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - Worcester District Registry of Deeds | 2500-000 | N/A | 3,018.72 | 3,018.72 | 3,018.72 |
| Other - Worcester District Registry of Deeds | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - State of Connecticut | 2500-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Other - Town of Union, Connecticut | 2820-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - Town of Union, Connecticut | 2500-000 | N/A | 2.00 | 2.00 | 2.00 |
| Other - Town Union, Connecticut | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Town of Union, Connecticut | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Worcester County Registry of Deeds | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Hampden County Registry of Deeds | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 327.04 | 327.04 | 327.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 273.47 | 273.47 | 273.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 299.05 | 299.05 | 299.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 289.17 | 289.17 | 289.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 148.99 | 148.99 | 148.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.40 | 175.40 | 175.40 |
| Other - David C. Roy | 2500-000 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |
| Other - David C. Roy | 2820-000 | N/A | 8,003.88 | 8,003.88 | 8,003.88 |
| Other - David C. Roy | 2500-000 | N/A | 982.00 | 982.00 | 982.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$258,859.63** | **$258,859.63** | **$258,859.63** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hendel, Collins & O'Connor, P.C. | 6220-170 | N/A | 1,163.96 | 1,163.96 | 1,163.96 |
| Hendel & Collins, P.C. | 6210-000 | N/A | 61,606.29 | 61,606.29 | 61,606.29 |
| Michael Lussier | 6410-000 | N/A | 2,130.00 | 2,130.00 | 2,130.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $64,900.25 | $64,900.25 | $64,900.25 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Herb Holding Trucking, Inc. | 7100-000 | N/A | 104,024.40 | 104,024.40 | 3,715.38 |
| 3 | TD Bank N.A. | 7100-000 | N/A | 142,372.30 | 92,372.30 | 3,299.21 |
| 5 | Towne Engineering, Inc. | 7100-000 | N/A | 27,083.85 | 0.00 | 0.00 |
| 6 | ATC Group Services, Inc. d/b/a AC Associates, Inc. | 7100-000 | 59,000.00 | 54,382.44 | 54,382.44 | 1,942.35 |
| 7 | Martin B. Burke, Esq. | 7100-000 | 1,100.00 | 1,121.25 | 1,121.25 | 40.05 |
| 8 -2 | Kahan Kerensky & Capossela, LLP | 7100-000 | N/A | 42,241.92 | 42,241.92 | 1,508.73 |
| 9U-2 | Richard Pisarski | 7100-000 | N/A | 120,645.16 | 107,645.16 | 3,844.70 |
| 10U-2 | Transportation Alliance Bank | 7100-000 | N/A | 685,658.03 | 692,139.60 | 24,720.76 |
| 11 | McClure Engineering | 7100-000 | 66,000.00 | 57,267.99 | 57,267.99 | 2,045.41 |
| 13 | Towne Engineering, Inc. | 7100-000 | N/A | 27,083.85 | 27,083.85 | 967.34 |
| NOTFILED | Mainline Heating And Supply, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MHF Design Consultants, Inc. CIO Wendy Olinsky, Esq. | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Jean David Alder Sawmill Produits Forestiers St. | 7100-000 | 6,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Harry Peters | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Raymond Chartier | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Towne Engineering, Inc. | 7100-000 | 24,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wagner Wood, Co. | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Seth Lajoie And Associates | 7100-000 | 1,340.00 | N/A | N/A | 0.00 |
| NOTFILED | Tasse Oil Co. | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael V. Caplette, Esq. | 7100-000 | 1,689.00 | N/A | N/A | 0.00 |
| NOTFILED | Greenman Pedersen, Inc. | 7100-000 | 24,140.14 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Express | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Branse, Willis And Knapp, LLC | 7100-000 | 21,800.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1,835.00 | N/A | N/A | 0.00 |
| NOTFILED | Baystate Environmental Consultants, Inc. | 7100-000 | 9,100.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$253,204.14** | **$1,261,881.19** | **$1,178,278.91** | **$42,083.93** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA

**Trustee:** (410011) Steven Weiss  
**Filed (f) or Converted (c):** 01/29/16 (c)  
**§341(a) Meeting Date:** 02/23/16  
**Claims Bar Date:** 05/23/16

**Period Ending:** 04/01/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Approximately 13.28 acres of commercial/resident<br>Located in Ashford CT | 290,000.00 | 75,000.00 |  | 90,000.00 | FA |
| 2 | Approximately 22 acres of raw land located in th<br>Holland MA  Book 339 Page 100 | 210,000.00 | 34,354.84 | OA | 0.00 | FA |
| 3 | Approximately 395 acres of raw land located in t<br>Holland and Sturbridge MA and Town of Union CT | 3,500,000.00 | 1,431,000.00 |  | 0.00 | FA |
| 4 | Cash<br>Imported from original petition Doc# 23 | 200.00 | 200.00 |  | 0.00 | FA |
| 5 | Business Checking Account held with Country Bank<br>Imported from original petition Doc# 23 | 0.00 | 0.00 |  | 0.00 | FA |
| 6 | 1998 John Deere 648 G2 Grapple Skidder<br>Sold during chapter 11  (See Footnote) | 25,000.00 | 0.00 |  | 0.00 | FA |
| 7 | Processed inventory used in construction<br>Sold during chapter 11  (See Footnote) | 60,000.00 | 60,000.00 |  | 0.00 | FA |
| 8 | O'Bar Stock | Unknown | 12,500.00 |  | 12,500.00 | FA |
| 9 | Excavation Contract<br>$8k monthly | Unknown | 147,000.00 |  | 216,365.19 | FA |
| 10 | Country Bank DIP Account  (u) | 0.00 | 239.83 |  | 239.83 | FA |
| 11 | 6.41 Acres of Unencumbered land | 0.00 | 125,000.00 |  | 205,000.00 | FA |
| 11 Assets | Totals (Excluding unknown values) | $4,085,200.00 | $1,885,294.67 |  | $524,105.02 | $0.00 |

RE PROP# 6     Sold during Chapter 11  
RE PROP# 7     Sold during chapter 11

---

**Major Activities Affecting Case Closing:**

9.25.2019:  compromise reached with TAB; amended motion filed

9.13.19:  Filed motion to make distribution to TAB; Objection filed; Hearing scheduled for 10.3.19

5.29.2019:  Sale of Mashapaug Road, Ashford approved and completed; 2018 tax returns filed; all claims except TAB resolved, but called TAB counsel to request amendment

12.13.18; Sale completed;; Reviewing claims and filed objections; Need to file 2018 Tax Returns.

7/5/18 Land subject to TAB mortgage comveyed to TAB 5/15/18.  Discoverd that 6.41 acre parcel is unencumbered. I am marketing that parcel.

1.24.17 Filed motion for sale

11/12/17:  Extended excavation permit to 12/6/18; Still seeking sale to bank or 3rd party.

Printed: 04/01/2020 11:48 AM     V.14.66

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA

**Trustee:** (410011) Steven Weiss  
**Filed (f) or Converted (c):** 01/29/16 (c)  
**§341(a) Meeting Date:** 02/23/16

**Period Ending:** 04/01/20

**Claims Bar Date:** 05/23/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/15/17:  Buyer is going through due diligence; Hoping to dile sale motion in July

3/21/17:  Offer of $1.3 Million received for property; Attempting to negotiate

01.12.2017:  Auction had been scheduled on MA properties; postponed to 1/26 because of possible sale

12.7.2016:  Permit extended for a year.

11/22/16; Windham Materials has filed to extend excavation permit (expires 12/4/16)

7/26/15:  Hired broker to attempt to sell primary property

5/30/16; Have been attempting to negotiate sale terms to "short sale" to holder of mortgage on properties in Union, CT., and MA; Have extended excavation permit through 12/4/16.

**Initial Projected Date Of Final Report (TFR):**     November 23, 2017         **Current Projected Date Of Final Report (TFR):**     November 5, 2019  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA  

**Taxpayer ID #:** **-***5164  
**Period Ending:** 04/01/20  

**Trustee:** Steven Weiss (410011)  
**Bank Name:** Mechanics Bank  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $7,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/16 | {10} | Country Bank | Balance of Debtor's DIP account | 1290-000 | 239.83 | | 239.83 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 229.83 |
| 03/07/16 | {8} | John Patten | Deposit for Sale of O'Bar stock | 1129-000 | 2,500.00 | | 2,729.83 |
| 03/10/16 | {9} | Windham Materials, LLC | Partial payment under excavation contract | 1122-000 | 500.00 | | 3,229.83 |
| 03/10/16 | {9} | Windham Materials, LLC | Partial payment under excavation contract | 1122-000 | 8,000.00 | | 11,229.83 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 11,218.59 |
| 04/07/16 | {9} | Windham Materials, LLC | Monthly ecavation fee | 1122-000 | 8,500.00 | | 19,718.59 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.09 | 19,694.50 |
| 05/09/16 | {9} | Windham Materials | Excavation payment | 1122-000 | 8,500.00 | | 28,194.50 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.62 | 28,159.88 |
| 06/03/16 | {9} | Windham Materials, LLC | Excavation payment | 1122-000 | 8,500.00 | | 36,659.88 |
| 06/03/16 | {8} | John Patten (Ehrhard & Associates) | Balance for O'Bar stock | 1129-000 | 10,000.00 | | 46,659.88 |
| 06/13/16 | 101 | Lamson and Goodnow | Permit | 2690-000 | | 360.00 | 46,299.88 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.38 | 46,234.50 |
| 07/14/16 | {9} | Windham Materials | Excavation payment | 1122-000 | 8,500.00 | | 54,734.50 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.79 | 54,664.71 |
| 08/04/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/04/2016 FOR CASE #14-30687, Blanket Bond 016027601 | 2300-000 | | 18.45 | 54,646.26 |
| 08/08/16 | {9} | Windham Materials | Excavation payment | 1122-000 | 8,500.00 | | 63,146.26 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.17 | 63,051.09 |
| 09/08/16 | {9} | Windham Materials | Excavation payment | 1122-000 | 8,500.00 | | 71,551.09 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.97 | 71,452.12 |
| 10/04/16 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 8,500.00 | | 79,952.12 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.82 | 79,843.30 |
| 11/07/16 | {9} | Windham Materials, LLC | Excavation fee | 1122-000 | 8,500.00 | | 88,343.30 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.11 | 88,212.19 |
| 12/01/16 | {9} | Windham Materials, LLC | Monthly Excavation fee (net of real estate taxes) | 1122-000 | 3,865.21 | | 92,077.40 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.70 | 91,945.70 |
| 01/13/17 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 8,500.00 | | 100,445.70 |
| 01/31/17 | 103 | MDOR | 55-0855164 | 2820-000 | | 456.00 | 99,989.70 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.74 | 99,842.96 |
| 02/06/17 | {9} | Windham Materials, LLC | Excavation Fee | 1122-000 | 8,500.00 | | 108,342.96 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.94 | 108,200.02 |
| 03/02/17 | {9} | Windham Materials | Monthly excavation fee | 1122-000 | 8,500.00 | | 116,700.02 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.22 | 116,527.80 |

Subtotals :   $118,605.04   $2,077.24

{} Asset reference(s)

Printed: 04/01/2020 11:48 AM    V.14.66

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA  

**Taxpayer ID #:** **-***5164  
**Period Ending:** 04/01/20  

**Trustee:** Steven Weiss (410011)  
**Bank Name:** Mechanics Bank  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $7,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/17 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 8,500.00 | | 125,027.80 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.52 | 124,861.28 |
| 05/02/17 | {9} | Windham Materials, LLC | Monthly Excavation fee | 1122-000 | 8,500.00 | | 133,361.28 |
| 05/18/17 | 104 | MORIARTY & PRIMACK | Accountant Fees | 3410-000 | | 926.00 | 132,435.28 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.51 | 132,218.77 |
| 06/08/17 | {9} | Windham Materials, LLC | Monthly Excavation fee | 1122-000 | 8,500.00 | | 140,718.77 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.92 | 140,512.85 |
| 07/14/17 | 105 | Tax Collector Town of Union | 2016 01 0000418 Real Estate Tax | 2820-000 | | 1,357.58 | 139,155.27 |
| 07/14/17 | 106 | Tax Collector Town of Union | 2016 01 0000419 Real Estate Tax | 2820-000 | | 1,836.22 | 137,319.05 |
| 07/18/17 | {9} | Windham Materials, LLC | Excavation Contract | 1122-000 | 8,500.00 | | 145,819.05 |
| 07/28/17 | 107 | Tax Collector Town of Union | 2016 01 0000418 Real Estate Tax | 2820-000 | | 1,357.58 | 144,461.47 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.71 | 144,256.76 |
| 08/07/17 | {9} | Windham Materials, LLC | Monthly Excavating | 1122-000 | 8,500.00 | | 152,756.76 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.88 | 152,510.88 |
| 09/05/17 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 8,500.00 | | 161,010.88 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.29 | 160,782.59 |
| 10/02/17 | {9} | Windham Materials, LLC | Monthly Excavation Fee | 1122-000 | 8,500.00 | | 169,282.59 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.67 | 169,016.92 |
| 11/09/17 | 108 | Town of Union | Renewal of Special Permit | 2990-000 | | 360.00 | 168,656.92 |
| 11/14/17 | {9} | Windham Materials, LLC | November Excavation fee | 1122-000 | 8,500.00 | | 177,156.92 |
| 11/21/17 | 109 | McClure Engingeering, Inc. | Surveying Fees | 2990-000 | | 2,500.00 | 174,656.92 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.22 | 174,400.70 |
| 12/07/17 | {9} | Windham Materials | Monthly excavation fee | 1122-000 | 7,083.33 | | 181,484.03 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.49 | 181,227.54 |
| 01/08/18 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 7,083.33 | | 188,310.87 |
| 01/23/18 | 110 | UNITED STATES BANKRUPTCY COURT | Sale Motion | 2700-000 | | 181.00 | 188,129.87 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.97 | 187,827.90 |
| 02/05/18 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 7,083.33 | | 194,911.23 |
| 02/13/18 | 111 | MDOR | Taxes | 2820-000 | | 456.00 | 194,455.23 |
| 02/14/18 | | To Account #******3067 | Bond Fees Transfer | 9999-000 | | 57.19 | 194,398.04 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 266.25 | 194,131.79 |
| 03/01/18 | 112 | McClure Engingeering, Inc. | Gravel Pit Survey | 2990-000 | | 2,500.00 | 191,631.79 |
| 03/05/18 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 7,083.33 | | 198,715.12 |
| 03/12/18 | 113 | UNITED STATES BANKRUPTCY COURT | | 2700-000 | | 33.00 | 198,682.12 |
| 03/12/18 | 114 | Town of Sturbrudge | Municipal Lien Certificate | 2990-000 | | 50.00 | 198,632.12 |

Subtotals: $96,333.32  $14,229.00

{} Asset reference(s)

Printed: 04/01/2020 11:48 AM    V.14.66

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA  

**Trustee:** Steven Weiss (410011)  
**Bank Name:** Mechanics Bank  
**Account:** ******3066 - Checking Account  

**Taxpayer ID #:** **-***5164  
**Period Ending:** 04/01/20  

**Blanket Bond:** $7,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/18 | 115 | Town of Holland | Payment for Municipal Lien | 2990-000 | | 120.00 | 198,512.12 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 288.25 | 198,223.87 |
| 04/05/18 | {9} | Windham Materials, LLC | Monthly excavation fee | 1122-000 | 7,083.33 | | 205,307.20 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 283.08 | 205,024.12 |
| 05/01/18 | {9} | Windham Materials, LLC | Monthly Excavation fee | 1122-000 | 7,083.33 | | 212,107.45 |
| 05/10/18 | 116 | Hampden County Registry of Deeds | Tax Stamp | 2500-000 | | 1,541.28 | 210,566.17 |
| 05/10/18 | 117 | Hampden County Registry of Deeds | Recording, Order | 2500-000 | | 75.00 | 210,491.17 |
| 05/10/18 | 118 | Gary Weiner, Esquire | Counsel for ATC Associates, Inc. | 3991-120 | | 7,500.00 | 202,991.17 |
| 05/10/18 | 119 | Worcester District Registry of Deeds | Tax Stamp | 2500-000 | | 3,018.72 | 199,972.45 |
| 05/10/18 | 120 | Worcester District Registry of Deeds | Recording, Order | 2500-000 | | 75.00 | 199,897.45 |
| 05/10/18 | 121 | State of Connecticut | Transfer Tax | 2500-000 | | 2,250.00 | 197,647.45 |
| 05/10/18 | 122 | Town of Union, Connecticut | Transfer Tax | 2820-000 | | 750.00 | 196,897.45 |
| 05/10/18 | 123 | Town of Union, Connecticut | Transfer Fee | 2500-000 | | 2.00 | 196,895.45 |
| 05/10/18 | 124 | Town Union, Connecticut | Recording, Order | 2500-000 | | 75.00 | 196,820.45 |
| 05/14/18 | 125 | Town of Union, Connecticut | Recording Fee/Deed | 2500-000 | | 75.00 | 196,745.45 |
| 05/14/18 | 126 | Worcester County Registry of Deeds | Recording Fee/Deed | 2500-000 | | 75.00 | 196,670.45 |
| 05/14/18 | 127 | Hampden County Registry of Deeds | Recording Fee/Deed | 2500-000 | | 75.00 | 196,595.45 |
| 05/21/18 | 128 | Town of Union | Filing Fee | 2990-000 | | 10.00 | 196,585.45 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 327.04 | 196,258.41 |
| 06/05/18 | 129 | MORIARTY & PRIMACK | Accountant Fees Voided on 06/05/18 | 3410-000 | | 1,066.00 | 195,192.41 |
| 06/05/18 | 129 | MORIARTY & PRIMACK | Accountant Fees Voided: check issued on 06/05/18 | 3410-000 | | -1,066.00 | 196,258.41 |
| 06/05/18 | 130 | MP Group | Accountant Fees | 3410-000 | | 1,066.00 | 195,192.41 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 273.47 | 194,918.94 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 299.05 | 194,619.89 |
| 08/03/18 | 131 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/03/2018 FOR CASE #14-30687, Blanket Bond 016027601 | 2300-000 | | 100.90 | 194,518.99 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.17 | 194,229.82 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.99 | 194,080.83 |
| 10/16/18 | 132 | UNITED STATES BANKRUPTCY COURT | Filing Fee Motion for Sale | 2700-000 | | 181.00 | 193,899.83 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.40 | 193,724.43 |
| 11/05/18 | 133 | SHATZ SCHWARTZ & FENTIN, P.C. | Interim Attorney for Trustee Fees | 3110-000 | | 75,000.00 | 118,724.43 |
| 11/05/18 | 134 | SHATZ SCHWARTZ & FENTIN, | Interim Attorney Expenses | 3120-000 | | 108.10 | 118,616.33 |

Subtotals :   $14,166.66   $94,182.45

{} Asset reference(s)  
Printed: 04/01/2020 11:48 AM   V.14.66

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA  

**Taxpayer ID #:** **-***5164  
**Period Ending:** 04/01/20  

**Trustee:** Steven Weiss (410011)  
**Bank Name:** Mechanics Bank  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $7,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | P.C. | | | | | |
| 11/20/18 | 135 | Town of Sturbridge | Municipal Lien Certificate Parcel 55205032680 | 2500-000 | | 25.00 | 118,591.33 |
| 11/20/18 | 136 | UNITED STATES BANKRUPTCY COURT | Certified Copy of Order | 2700-000 | | 11.00 | 118,580.33 |
| 01/08/19 | | To Account #******3068 | | 9999-000 | | 18,461.79 | 100,118.54 |
| 01/10/19 | 137 | UNITED STATES BANKRUPTCY COURT | Motion for Sale | 2700-000 | | 181.00 | 99,937.54 |
| 03/14/19 | 138 | MDOR | Period Ending 12/21/18 | 2820-000 | | 456.00 | 99,481.54 |
| 06/26/19 | 139 | MDOR | | 2820-000 | | 456.00 | 99,025.54 |
| 06/26/19 | 140 | MP Group | Accountant Fees | 3410-000 | | 1,263.00 | 97,762.54 |
| 07/26/19 | | From Account #******3068 | Transfer | 9999-000 | 18,461.79 | | 116,224.33 |
| 08/09/19 | 141 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/09/2019 FOR CASE #14-30687, Bond 016027601 | 2300-000 | | 133.78 | 116,090.55 |
| 08/28/19 | 142 | MP Group | Account Fees | 3410-000 | | 1,418.00 | 114,672.55 |
| 10/03/19 | 143 | Transportation Alliance Bank | Secured Claim | 4110-000 | | 80,000.00 | 34,672.55 |
| 02/26/20 | | To Account #******3068 | TRANSFER | 9999-000 | | 34,672.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 247,566.81 | 247,566.81 | $0.00 |
| | | | Less: Bank Transfers | | 18,461.79 | 53,191.53 | |
| | | | **Subtotal** | | 229,105.02 | 194,375.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$229,105.02** | **$194,375.28** | |

{} Asset reference(s)  

Printed: 04/01/2020 11:48 AM    V.14.66

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA  

**Taxpayer ID #:** **-***5164  
**Period Ending:** 04/01/20  

**Trustee:** Steven Weiss (410011)  
**Bank Name:** Mechanics Bank  
**Account:** ******3067 - Checking Account  
**Blanket Bond:** $7,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/17 | | Landing Rock, LLC (Hinckley Allen & Snyder) | Deposit for sale of real estate in Sturbridge, Holland, and Union Ct. | 1180-002 | 5,000.00 | | 5,000.00 |
| 08/04/17 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/04/2017 FOR CASE #14-30687, Bond  016027601 8/1/17 to 8/1/18 | 2300-000 | | 57.19 | 4,942.81 |
| 02/14/18 | | From Account #******3066 | Bond Fees Transfer | 9999-000 | 57.19 | | 5,000.00 |
| 02/14/18 | 10102 | Landing Rock, LLC | Return of Deposit | 1180-000 | -5,000.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 57.19 | 57.19 | **$0.00** |
| | | | Less: Bank Transfers | | 57.19 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **57.19** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$57.19** | |

{} Asset reference(s)                                                                                      Printed: 04/01/2020 11:48 AM    V.14.66

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA  

**Taxpayer ID #:** **-***5164  
**Period Ending:** 04/01/20  

**Trustee:** Steven Weiss (410011)  
**Bank Name:** Mechanics Bank  
**Account:** ******3068 - Deposit on Real Estate  
**Blanket Bond:** $7,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/18 | | Marc Kadis | Deposit for 6.41 acre parcel | 1180-002 | 5,000.00 | | 5,000.00 |
| 11/09/18 | {11} | Landing Rock LLC | Deposit on Land 6.41 Acres | 1110-000 | 5,000.00 | | 10,000.00 |
| 12/12/18 | {11} | Landing Rock LLC | Sale of 6.41 Acres | 1110-000 | 6,525.00 | | 16,525.00 |
| 12/12/18 | {11} | Landing Rock LLC | Sale of 6.41 Acres | 1110-000 | 193,525.00 | | 210,050.00 |
| 12/13/18 | 20101 | Marc Kadis | Refund of Deposit | 1180-000 | -5,000.00 | | 205,050.00 |
| 12/13/18 | 20102 | Marc Kadis | Break Up Fee | 2990-000 | | 2,250.00 | 202,800.00 |
| 12/13/18 | 20103 | Town of Sturbridge | Real Estate Taxes 6.41 Acres | 4700-000 | | 16,781.87 | 186,018.13 |
| 01/03/19 | | Town of Sturbridge | Refund of overpayment of real estate taxes | 4700-000 | | -570.08 | 186,588.21 |
| 01/08/19 | | From Account #******3066 | | 9999-000 | 18,461.79 | | 205,050.00 |
| 01/08/19 | 20104 {11} | Landing Rock, LLC | Refund overpayment on Sale of Property | 1110-000 | -50.00 | | 205,000.00 |
| 01/08/19 | 20105 | CSC | Recording Fees Voided on 01/30/19 | 2500-000 | | 1,634.80 | 203,365.20 |
| 01/30/19 | 20105 | CSC | Recording Fees Voided: check issued on 01/08/19 | 2500-000 | | -1,634.80 | 205,000.00 |
| 01/30/19 | 20106 | SHATZ SCHWARTZ & FENTIN, P.C. | Closing costs | 2500-000 | | 1,634.80 | 203,365.20 |
| 02/14/19 | 20107 | UNITED STATES BANKRUPTCY COURT | Certified Copy | 2700-000 | | 11.00 | 203,354.20 |
| 03/01/19 | {1} | Connecticut Crossroads REalty (roy) | Deposit from buyer (through broker) | 1110-000 | 1,000.00 | | 204,354.20 |
| 03/01/19 | | David C. Roy | Wire for Purchase of Mashapoag Road, Ashford | | 76,464.70 | | 280,818.90 |
| | {1} | David C. Roy | Sale of Property            89,000.00 | 1110-000 | | | 280,818.90 |
| | | | Brokers Commission       -4,500.00 | 2500-000 | | | 280,818.90 |
| | | | Real Estate Taxes        -8,003.88 | 2820-000 | | | 280,818.90 |
| | | | Closing Costs              -982.00 | 2500-000 | | | 280,818.90 |
| | | Town of Sturbridge | 950.58 | 4700-000 | | | 280,818.90 |
| 03/04/19 | 20108 | TD Bank, N.A. | Secured Loan Mashapoag Rd. Ashford, CT | 4110-000 | | 50,000.00 | 230,818.90 |
| 07/26/19 | | To Account #******3066 | Transfer | 9999-000 | | 18,461.79 | 212,357.11 |
| 02/26/20 | | From Account #******3066 | TRANSFER | 9999-000 | 34,672.55 | | 247,029.66 |
| 02/26/20 | 20109 | Transportation Alliance Bank | Dividend paid 100.00% on $93,000.00; Claim# 10S-2; Filed: $99,481.54; Reference: | 4110-000 | | 13,000.00 | 234,029.66 |
| 02/26/20 | 20110 | U.S. Trustee Payment Center | Dividend paid 100.00% on $1,627.02, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 1,627.02 | 232,402.64 |
| 02/26/20 | 20111 | Steven Weiss | Dividend paid 100.00% on $504.21, Trustee Expenses;  Reference: | 2200-000 | | 504.21 | 231,898.43 |
| 02/26/20 | 20112 | SHATZ SCHWARTZ & FENTIN, P.C. | Dividend paid 100.00% on $132,303.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 57,303.00 | 174,595.43 |
| | | | Subtotals : | | $335,599.04 | $161,003.61 | |

{} Asset reference(s)

Printed: 04/01/2020 11:48 AM      V.14.66

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 14-30687  
**Case Name:** NEW ENGLAND LAND AND LUMBER CORPORA  

**Trustee:** Steven Weiss (410011)  
**Bank Name:** Mechanics Bank  
**Account:** ******3068 - Deposit on Real Estate  

**Taxpayer ID #:** **-***5164  
**Period Ending:** 04/01/20  

**Blanket Bond:** $7,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/26/20 | 20113 | Steven Weiss | Dividend paid 100.00% on $28,955.25, Trustee Compensation;  Reference: | 2100-000 | | 28,955.25 | 145,640.18 |
| 02/26/20 | 20114 | SHATZ SCHWARTZ & FENTIN, P.C. | Dividend paid 100.00% on $38,656.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 38,656.00 | 106,984.18 |
| 02/26/20 | 20115 | Hendel, Collins & O'Connor, P.C. | Dividend paid 100.00% on $1,163.96, Attorney for D-I-P Expenses (Chapter 11);  Reference: | 6220-170 | | 1,163.96 | 105,820.22 |
| 02/26/20 | 20116 | Hendel, Collins & O'Connor, P.C. | Dividend paid 100.00% on $61,606.29, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 61,606.29 | 44,213.93 |
| 02/26/20 | 20117 | Michael Lussier | Dividend paid 100.00% on $2,130.00, Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6410-000 | | 2,130.00 | 42,083.93 |
| 02/26/20 | 20118 | Herb Holding Trucking, Inc. | Dividend paid   3.57% on $104,024.40; Claim# 1; Filed: $104,024.40; Reference: | 7100-000 | | 3,715.38 | 38,368.55 |
| 02/26/20 | 20119 | TD Bank N.A. | Dividend paid   3.57% on $92,372.30; Claim# 3; Filed: $142,372.30; Reference: | 7100-000 | | 3,299.21 | 35,069.34 |
| 02/26/20 | 20120 | ATC Group Services, Inc. d/b/a AC Associates, Inc. | Dividend paid   3.57% on $54,382.44; Claim# 6; Filed: $54,382.44; Reference: | 7100-000 | | 1,942.35 | 33,126.99 |
| 02/26/20 | 20121 | Martin B. Burke, Esq. | Dividend paid   3.57% on $1,121.25; Claim# 7; Filed: $1,121.25; Reference: | 7100-000 | | 40.05 | 33,086.94 |
| 02/26/20 | 20122 | Kahan Kerensky & Capossela, LLP | Dividend paid   3.57% on $42,241.92; Claim# 8-2; Filed: $42,241.92; Reference: | 7100-000 | | 1,508.73 | 31,578.21 |
| 02/26/20 | 20123 | Richard Pisarski | Dividend paid   3.57% on $107,645.16; Claim# 9U-2; Filed: $120,645.16; Reference: | 7100-000 | | 3,844.70 | 27,733.51 |
| 02/26/20 | 20124 | Transportation Alliance Bank | Dividend paid   3.57% on $692,139.60; Claim# 10U-2; Filed: $685,658.03; Reference: | 7100-000 | | 24,720.76 | 3,012.75 |
| 02/26/20 | 20125 | McClure Engineering | Dividend paid   3.57% on $57,267.99; Claim# 11; Filed: $57,267.99; Reference: | 7100-000 | | 2,045.41 | 967.34 |
| 02/26/20 | 20126 | Towne Engineering, Inc. | Dividend paid   3.57% on $27,083.85; Claim# 13; Filed: $27,083.85; Reference: | 7100-000 | | 967.34 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 335,599.04 | 335,599.04 | $0.00 |
| Less: Bank Transfers | 53,134.34 | 18,461.79 | |
| Subtotal | 282,464.70 | 317,137.25 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$282,464.70** | **$317,137.25** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-30687 | | **Trustee:** | Steven Weiss (410011) |
| **Case Name:** | NEW ENGLAND LAND AND LUMBER CORPORA | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******3068 - Deposit on Real Estate |
| **Taxpayer ID #:** | **-***5164 | | **Blanket Bond:** | $7,000,000.00  (per case limit) |
| **Period Ending:** | 04/01/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
               Net Receipts :        511,569.72
       Plus Gross Adjustments :       12,535.30
 Less Other Noncompensable Items :    10,000.00
                                     _____
                 Net Estate :       $514,105.02
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3066** | 229,105.02 | 194,375.28 | 0.00 |
| **Checking # ******3067** | 0.00 | 57.19 | 0.00 |
| **Checking # ******3068** | 282,464.70 | 317,137.25 | 0.00 |
| | $511,569.72 | $511,569.72 | $0.00 |